ORDERED.

Dated:  December 07, 2015

Karen S. Jennemann
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA - ORLANDO DIVISION**

In re:                                                          **Case No. 6:12-bk-16212-KSJ**
                                                                **Chapter 13**

**Patricia Marie Benishek**

                    **Debtor**
_____/

## ORDER GRANTING RELIEF FROM CO-DEBTOR STAY
## NUNC PRO TUNC TO JULY 30, 2015

THIS CASE is before the court on the Motion for Relief from Co-Debtor Stay Nunc Pro Tunc To July 30, 2015 filed by BAYVIEW LOAN SERVICING, LLC, Document No. 23, and the surrender of the subject property per the Debtor's Confirmed Chapter 13 Plan, Document No. 7., and no appropriate response has been filed in accordance with Local Rule 2002-4 it is

**ORDERED:**

1.      The Motion for Relief from Co-Debtor Stay is granted as to the Co Debtor, Bruce Benishek.

2.      The automatic stay arising by reason of 11 U.S.C. § 1301 is terminated Nunc Pro Tunc to July 30, 2015 as to Movant's interest in the following property:

**LOT 31, WESTOVER CLUB PHASE 1, A REPLAT, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 44, PAGE 139 THROUGH 141, OF THE PUBLIC RECORDS OF ORANGE COUNTY, FLORIDA.**

**A/K/A: 9513 WESTOVER CLUB CIRCLE, WINDERMERE FLORIDA, 34786**

3.    Bankruptcy fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay.

4.    This Order Granting Relief from Stay is entered for the sole purpose of allowing Movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall **not** obtain *in personam* relief against the co- debtor.

**###############################################**

**Attorney ReShaundra M. Suggs** is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry.

**6:12-bk-16212-KSJ**